**People of the State of Illinois, Defendant in Error, v. Walter J. Raddle, Plaintiff in Error.**

Gen. No. 48,929.

First District, First Division.
January 28, 1963.

Daniel P. Ward, of Chicago (Edward J. Hladis and M. Robert Ostrow, of counsel), for defendant in error; Sidney S. Altman, of Chicago, for plaintiff in error. Opinion by MR. JUSTICE ENGLISH. Not to be published in full.